UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.   CR-08-0137-WFN-7 |
| Plaintiff, ) | |
| -vs- ) | ORDER |
| TRINIDAD RAMOS-GARCIA, ) a/k/a Ubaldo Acosta-Quintera, ) a/k/a Trinidad Fernando Ramos-Garcia, ) | |
| Defendant. ) | |

A sentencing hearing was held January 27, 2010 in Cause No. CR-09-0011-WFN-1. The Defendant, who is in custody, was present and represented by Kenneth Therrien and assisted by Court-appointed interpreter Bea Rump; Assistant United States Attorney Stephanie Van Marter represented the Government. Pursuant to the Defendant's Plea Agreement in the other cause number, the Government moved to dismiss the charges in this case.

The Court has reviewed the file and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that the charges in this case shall be **DISMISSED WITH PREJUDICE.**

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Brenda Challinor.

**DATED** this 27th day of January, 2010.

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

01-27

ORDER - 1